**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO 17-50302 |
| | ) | |
| **Gary Lee Pocock Jr.** | ) | |
| | ) | **CHAPTER 13** |
| | ) | |
| Debtors | ) | JUDGE C. KATHRYN PRESTON |

VALUATION OF REAL ESTATE

Franklin County Auditors Valuation

3938 Gentell Drive, Grove City, Ohio 43123        93,600.00

Submitted by

/s/ Karen E. Hamilton
Karen E. Hamilton,  0064808
31 E. Whittier Street
Columbus, Ohio  43206
614 443-7920  phone
614 443-7922  fax
karen@karenhamiltonlaw.net